# EXHIBIT 2

amazon Delivering to Farmville 27828 Update location | Health, Household & Baby Care | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Amazon Haul | Medical Care | Amazon Basics | Best Sellers | Books | Prime | Today's Deals | Gift Cards | Sell

Sign in

New customer? Start here.

02 : 12 : 06

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health | s & Equipment

Sponsored

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids




Click to see full view

# Nasal Strips Refill Tabs Pack (60 Count) Skin-Friendly, Sweat-Resistant Strong Adhesive Magnetic, Enhanced Breathing, Exercise, Sleep Aid, Snore Reduction - 30-Day Supply

Visit the SAHAK Store

$29.99 ($1.00 / count)

Get **Fast, Free Shipping** with Amazon Prime

Get $50 off instantly: Pay $0.00 ~~$29.99~~ upon approval for Amazon Visa. No annual fee.

Package Quantity: **6**

- 30-DAY SUPPLY: This Magnetic Nose refill Tabs includes 60 nasal strips providing a full month's supply for nightly use to support consistent breathing improvement and better sleep quality
- ENHANCED BREATHING: Gently lifts and opens nasal passages to increase airflow by up to 31%, making it easier to breathe through your nose during sleep or physical activity
- SNORE REDUCTION: Helps reduce snoring caused by nasal congestion or narrow nasal passages, promoting quieter and more restful sleep for you and your partner
- COMFORTABLE DESIGN: Features a flexible, spring-like band that comfortably fits across the nose with a skin-friendly adhesive that stays secure throughout the night and removes easily in the morning
- VERSATILE USE: Ideal for nighttime sleep, exercise, or any activity where improved nasal breathing is beneficial, including relief from congestion due to colds or allergies

## Additional Details

Small Business

This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$29.99 ($1.00 / count)

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **April 30 - May 6** on orders shipped by Amazon over $35

Or fastest delivery **April 30 - May 4**

Delivering to Farmville 27828 - Update location

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Sahak Group LLC |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

See more

Add to List

Sponsored

Sponsored

## Products related to this item

Sponsored



Intake Breathing—Magnetic Nasal Strip Refill Tabs (30 Count) | Adhesive Tabs for In...



Nose Clip Patch Refill,Nasal Strips Refill Pack, Enhanced Breathing, Sleep Aid &...



Nasal Strips for Snoring,Extra Strength Snoring Solution Nose Strips for Breathing,...




50-300 Count Nasal Strips(66mm*19mm) (50)

283

$5.99 ($5.99 / count)




Nasal Strips, Extra Strength Nose Strips for Breathing - Nose Strips Oil & Sweat Pr...

Bre Stri No: Na:

2,028 | #1 Best Seller | $38.99 ($1.30 / count) | prime
273 | $19.96 ($0.33 / count) | prime
64 | Limited time deal | -10% $17.99 ($0.60 / count) Typical: ~~$19.99~~ | prime
prime
00 | #1 New Release | $9.99 ($0.17 / count) | prime
$16 | prime

## 4 stars and above

Sponsored



Intake Breathing—Magnetic Nasal Strip Refill Tabs (60 Count) | Adhesive Tabs for In...
2,028
#1 Best Seller
-5% $59.99 ($1.00 / count)
List: ~~$62.99~~
prime




Breathe Right Nasal Strips, Extra Strength Tan Nose Strips, Drug-Free Nasal Congest...
8,454
$16.97 ($0.39 / count)
prime




Breathe Right Nasal Strips, Extra Strength Tan Nose Strips, Drug-Free Nasal Congest...
874
-20% $11.25
($0.38 / count)
List: ~~$13.99~~
prime




Breathe Right Nasal Strips, Extra Strength Clear Nose Strips, Drug-Free Nasal Conge...
17,949
#1 Best Seller
-19% $16.99
($0.39 / count)
List: ~~$20.99~~
prime




Nasal Strips for Snoring,Extra Strength Snoring Solution Nose Strips for Breathing,...
64
Limited time deal
-10% $17.99
($0.60 / count)
Typical: ~~$19.99~~
prime




50-300 Count Nasal Strips(66mm*19mm) (50)
283
$5.99 ($5.99 / count)
prime



Breathe Right Strips, Clear L Strips, Snoring Congestion, D
-8% $13.52 ($
List: ~~$14.69~~
prime

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Important information

#### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

### Product Description

Experience better sleep and breathing with SAHAK's convenient 30-day refill pack of nasal strips. These easy-to-apply strips work by gently opening nasal passages to improve airflow, potentially reducing snoring and enhancing nighttime breathing. Each pack contains a month's supply of skin-friendly adhesive strips that can be comfortably worn throughout the night. Perfect for those seeking better sleep quality or dealing with nasal congestion, these strips offer a simple solution for improved breathing. The package includes 30 individually wrapped strips, ensuring freshness and convenience. These drug-free strips provide a non-invasive option for those looking to address breathing difficulties during sleep. The strips are designed to stay securely in place while you rest, allowing you to wake up feeling more refreshed. For optimal results, apply to clean, dry skin before bedtime and remove gently in the morning.

### Product details

**Package Dimensions** : 6.5 x 6.5 x 1 inches; 1.8 ounces
**Date First Available** : January 27, 2026
**Manufacturer** : Sahak
**ASIN** : B0GK2HX8S6

## Products related to this item

Sponsored




50-300 Count Nasal Strips(66mm*19mm) (100)
675




Nasal Strips, Extra Strength Nose Strips for Breathing, Snoring Solution, Improve B...




Nasal Strips, Extra Strength Nose Strips for Breathing - Nose Strips Oil & Sweat Pr...




MQUPIN 300 Counts Nasal Strips Upgraded, Nasal Strips for Snoring, Safe, Long Effec...



Nose Clip Patch Refill,Nasal Strips Refill Pack, Enhanced Breathing, Sleep Aid &...



Intake Breathing—Magnetic Nasal Strip Refill Tabs (30 Count) | Adhesive Tabs for In...




Nasal Strips fo Snoring,Extra Snoring Soluti Strips for Brea

$9.99 ($9.99 / count)
prime

164
#1 New Release
Limited time deal
-68% $28.99
($0.97 / count)
List: $89.99
prime

80
#1 New Release
$9.99 ($0.17 / count)
prime

258
$19.99 ($0.07 / count)
prime

273
$19.96 ($0.33 / count)
prime

2,028
#1 Best Seller
$38.99 ($1.30 / count)
prime

Limited time dea
-10% $17.99
($0.60 / count)
Typical: ~~$19.99~~
prime

Sponsored

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

Sponsored

Sponsored

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Registry & Gift List

Help

amazon

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | | Neighbors App<br>Real-Time Crime & Safety Alerts | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished tech you can trust | | |

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Captured: 2026-04-23 20:17:55 UTC | https://www.amazon.com/dp/B0GK2HX8S6